March 8,
 1902.

## In Re PROBATE BLANKS.

*Per Curiam.* The rules and forms prepared by the committee under the provisions of chapter 45, Laws 1901, entitled "An act to provide for uniform blanks and uniform rules of practice and procedure in the courts of probate," have been recently submitted to the court for approval, as required by said act; but for the reasons assigned in the case of *In re School-Law Manual,* 63 N. H. 574–577, the court are of opinion that the act does not confer on them "any power of approval or disapproval, legislative, judicial, or advisory."

All concurred.

---

Hillsborough,
 May 6, 1902.

## FAUCHER *v.* TRUDEL & a.

WALKER, J. This is a bill in equity praying that the defendants may be restrained from permitting the business of blacksmithing to be carried on in a shop upon their land near the plaintiff's building, which is occupied by tenants as a dwelling-house. The superior court, *Young,* J., found that the defendants' use of the premises was reasonable, and dismissed the bill, subject to exception. This finding of fact leaves no question of law open for discussion. *Ladd* v. *Brick Co.,* 68 N. H. 185; *Franklin* v. *Durgee, ante, p.* 186.

*Exception overruled.*

All concurred.

*Brown, Jones & Warren,* for the plaintiff.

*Andrews & Andrews,* for the defendants.